**MADUEGBUNA COOPER LLP**
**30 Wall Street, 8th Floor, New York, New York 10005**
**(212) 232 - 0155**

# EXHIBIT 2

**Objection Form**

Check the appropriate line or lines below:

__✓__ I assert my right to object to the Settlements in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

__✓__ I assert my right to request to appear at the Fairness Hearing in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

Print Name: ELYSE O'Connor
Address Line 1: [redacted]
Address Line 2: [redacted]
Telephone: [redacted]

Statement of Objection:

I don't believe this settlement is sufficient to redress the years of negligent treatment, and harassment, that I and my co-workers have experienced from the City of New York, and specifically, the N.Y.P.D. And, the amount that our Union DC 37 is responsible for in the settlement is inadequate, too

Signature: [signature]
Date: Aug 28th 2019

***

Mail this Form to:

Maduegbuna Cooper LLP
30 Wall Street, 8th Floor
New York, NY 10005

## Objection Form

Check the appropriate line or lines below:

__✓__ I assert my right to object to the Settlements in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

__✓__ I assert my right to request to appear at the Fairness Hearing in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

Print Name: AYEISHA LAWYER-WARREN
Address Line 1: [redacted]
Address Line 2: [redacted]
Telephone: [redacted]

Statement of Objection:

I objection to the claims that were stated and hold NYPD accountable for their actions against me.

Signature: _[signed]_
Date: 8/30/19

***

Mail this Form to:

Maduegbuna Cooper LLP
30 Wall Street, 8th Floor
New York, NY 10005

| Objection Form |
|---|

Check the appropriate line or lines below:

____ I assert my right to object to the Settlements in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

__✓__ I assert my right to request to appear at the Fairness Hearing in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

Print Name: SANDRA PETERS
Address Line 1: [redacted]
Address Line 2: [redacted]
Telephone: [redacted]

Statement of Objection:

_____

_____

_____

_____

Signature: Sandra Peters
Date: 8/28/19

***

Mail this Form to:

Maduegbuna Cooper LLP
30 Wall Street, 8th Floor
New York, NY 10005

| Objection Form |
|---|

Check the appropriate line or lines below:

__✓__ I assert my right to object to the Settlements in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

__✓__ I assert my right to request to appear at the Fairness Hearing in *Hill, et al. v. City of New York, et al.*, 1:13-cv-06147(PKC)(JO).

Print Name: Renee Jones.
Address Line 1: ▬▬▬
Address Line 2: ▬▬▬
Telephone: ▬▬▬

Statement of Objection:

_____

_____

_____

_____

Signature: Renee Jones
Date: 08/08/2019

***

Mail this Form to:

Maduegbuna Cooper LLP
30 Wall Street, 8th Floor
New York, NY 10005