UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
CYNTHIA HILL, GAIL WILLIAMS,
DENISE INMAN, VICKIE GORDAN,
ROLANDO LOPEZ, TAURA PATE, ELLEN
ELLIS, and ANDREA HOLLY, individually
and on behalf of all others similarly situated,

                Plaintiffs,

                - against -

THE CITY OF NEW YORK, MICHAEL R.
BLOOMBERG, as Mayor of the City of New
York, RAYMOND KELLY, as Police
Commissioner, RICHARD F. NAPOLITANO,
CHARLES F. DOWD, MICHAEL V.
POLITO, LJUBOMIR BELUSIC, DONALD
CHURCH, DAVID LICHENSTEIN, LOCAL
1549, DISTRICT COUNCIL 37, AFSCME,
AFL-CIO, and JOHN and JANE DOES 1–20
(said names being fictitious, the persons
intended being those who aid and abetted the
unlawful conduct of the Named Defendants),

                Defendants.
------------------------------------------------------x

**ORDER GRANTING FINAL APPROVAL
TO THE PROPOSED SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

13-CV-6147  (PKC) (JO)

PAMELA K. CHEN, United States District Judge:

Upon the application of Cynthia Hill, Gail Williams, Denise Inman, Vickie Gordon, Rolando Lopez, Taura Pate, Ellen Ennis, Andrea Holly and the members of the certified class in the above-captioned action (collectively "Plaintiffs"), the City of New York ("City"), and Local 1549, District Council 37, AFSCME, AFL-CIO ("Defendant Local 1549") seeking review and approval by the Court of the Stipulation of Settlement entered into by the parties; and the Court having been advised of and considered by the Stipulation of Settlement and the voluntary arm's-length negotiations that resulted in its execution, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Court approves and adopts as stated the terms of the Stipulation of Settlement entered into between and among the parties to this litigation. The Stipulation of Settlement reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with Fed. R. Civ. P. 23(e) with respect to the claims asserted in this class action; and

(2) Consistent with the Stipulation of Settlement, all claims asserted by Plaintiffs in this class action are hereby dismissed, with prejudice, with respect to the Plaintiffs for the time period up to and through the Effective Date of the Stipulation of Settlement. Also consistent with the Stipulation of Settlement, the Court will retain jurisdiction over the parties for the purposes of interpretation and compliance with the Stipulation of Settlement and this agreed Order of Dismissal with Prejudice. The Clerk of Court is respectfully directed to enter judgment and terminate this case accordingly.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: October 1, 2019
       Brooklyn, New York