UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CYNTHIA HILL, GAIL WILLIAMS, DENISE INMAN,
VICKIE GORDAN, ROLANDO LOPEZ, TAURA PATE,
ELLEN ELLIS, and ANDREA HOLLY, individually and
on behalf of all others similarly situated,

                                                    JUDGMENT
            Plaintiffs,                              13-CV-6147 (PKC) (JO)

            v.

THE CITY OF NEW YORK, MICHAEL R.
BLOOMBERG, as Mayor of the City of New
York, RAYMOND KELLY, as Police
Commissioner, RICHARD F. NAPOLITANO,
CHARLES F. DOWD, MICHAEL V. POLITO,
LJUBOMIR BELUSIC, DONALD CHURCH,
DAVID LICHENSTEIN, LOCAL 1549,
DISTRICT COUNCIL 37, AFSCME,
AFL-CIO, and JOHN and JANE DOES 1–20
(said names being fictitious, the persons intended
being those who aid and abetted the unlawful
conduct of the Named Defendants),

            Defendants.
----------------------------------------------------------------X

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on October 1, 2019, granting final approval to the proposed settlement and dismissal with prejudice; it is

        ORDERED and ADJUDGED that (1) The Court approves and adopts as stated the terms of the Stipulation of Settlement entered into between and among the parties to this litigation. The Stipulation of Settlement reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with Fed. R. Civ. P. 23(e) with respect to the claims asserted in this class action; and (2) Consistent with the Stipulation of Settlement, all claims asserted by Plaintiffs in this class action are hereby dismissed, with prejudice, with respect to the Plaintiffs for the time period up to and through the Effective Date of the

Stipulation of Settlement. Also consistent with the Stipulation of Settlement, the Court will retain jurisdiction over the parties for the purposes of interpretation and compliance with the Stipulation of Settlement and this agreed Order of Dismissal with Prejudice.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 21, 2020 | Douglas C. Palmer<br>Clerk of Court |
| | By: _/s/Jalitza Poveda_<br>      Deputy Clerk |